UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-7280 JFW (MRWx) | Date | July 16, 2012 |
|---|---|---|---|
| Title | James Bland v. California Lutheran University et al | | |

Present: The Honorable   Michael R. Wilner

| Veronica McKamie | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:           Attorneys Present for Defendants:

**Proceedings:**     **(IN CHAMBERS) ORDER TO SHOW CAUSE**

The parties are advised that this matter is set for an Order to Show Cause on **Friday, July 27, 2012**, **at 11:45 a.m.** before Magistrate Judge Michael R. Wilner. The parties can appear telephonically. The clerk will contact the parties for the telephone conference.

cc:   Parties

:   0

Initials of Preparer   vm