JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES BLAND, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>CALIFORNIA LUTHERAN UNIVERSITY, a California corporation; LEANNE NEILSON, an Individual,<br><br>Defendants. | Case No. 2:11-cv-07280-JFW-MRW<br><br>**JUDGMENT RE: DEFENDANTS CALIFORNIA LUTHERAN UNIVERSITY AND LEANNE NEILSON'S MOTION TO DISMISS; MOTION FOR CONTEMPT AND FRCP RULE 37(B) EVIDENTIARY AND MONETARY SANCTIONS; AND MOTION FOR SUMMARY JUDGMENT** |

The Court has considered the evidence and papers submitted in support of and in opposition to Defendants California Lutheran University and Leanne Neilson's (collectively "Defendants") Motion to Dismiss with Prejudice Pursuant to FRCP Rules 37(b) and 41(b) and Monetary Sanctions, Motion for Contempt and FRCP Rule 37(b) Evidentiary and Monetary Sanctions, and Motion for Summary Judgment, and documents on file in this action. Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, the Court finds that these matters are appropriate for decision without oral argument and vacated the hearing calendared for August 27, 2012.

/ / /

/ / /

## I. Defendants' Motion to Dismiss

After due consideration of the evidence, the Court finds that Plaintiff willfully and deliberately failed to participate in discovery during the course of this litigation and further failed to attend his properly-noticed deposition despite a court order to do so. The Court therefore GRANTS Defendants' Motion to Dismiss Plaintiff's Complaint with Prejudice and imposes monetary sanctions in the amount of $1,000.00 against Plaintiff.

## II. Defendants' Motion for Contempt and FRCP Rule 37(b) Evidentiary and Monetary Sanctions

In the alternative, the Court GRANTS Defendants' Motion for Contempt and FRCP Rule 37(b) Evidentiary and Monetary Sanctions IN PART AND DENIES IT IN PART, adopting the Magistrate Judge's recommendation to preclude Plaintiff from submitting declarations in opposition to Defendants' Motion for Summary Judgment, but denying Defendants' request for contempt.

## III. Defendants' Motion for Summary Judgment

In the alternative, the Court finds that the evidence Defendants presented demonstrates that Defendants are entitled to summary judgment and that Plaintiff has failed to present a genuine issue as to any material fact. The Court therefore GRANTS Defendants' Motion for Summary Judgment.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

/ / /

## IV. ORDER

THEREFORE, IT IS NOW ORDERED, ADJUDGED, AND DECREED that judgment be entered as follows:

    A. Plaintiff is ordered to pay Defendants $1,000.00 in monetary sanctions.

    B. Plaintiff shall take nothing by his Complaint and the Complaint is dismissed in its entirety, with prejudice. Defendants are entitled to its costs pursuant to Local Rule 54-1 as the prevailing party in this action.

    C. Defendants are ordered to serve this Judgment to *pro se* Plaintiff at his address on file: 14941 Burbank Boulevard, Apt. 15, Sherman Oaks, CA 91411.

IT IS SO ORDERED.

Dated: August 27, 2012            _____

                                    The Honorable John F. Walter
                                    United States District Court
                                    Central District of California

JUDGMENT
CASE NO.: 2:11-CV-07280